UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00085 |
| | ) | JUDGE CAMPBELL |
| DAVID LEE TALLEY, JR. | ) | |

## ORDER

The hearing currently scheduled for September 11, 2015, is RESCHEDULED for September 14, 2015, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE