UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:15-00085 |
| | ) | JUDGE CAMPBELL |
| DAVID LEE TALLEY, JR. | ) | |

ORDER

Pending before the Court is a Motion to Suppress (Docket No. 27). The Court will hold a hearing on the Motion on September 30, 2015, at 1:00 p.m.

The Government shall file a response to the Motion in advance of the hearing.

It is so ORDERED.

                                     _____
                                     TODD J. CAMPBELL
                                     UNITED STATES DISTRICT JUDGE